UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MELISSA CAPRARO

    V.                                                                                             C.A. No. 13-175L

CAROLYN COLVIN,
Commissioner of the Social
Security Administration.

**ORDER**

    The Report and Recommendation issued by Magistrate Judge Lincoln D. Almond on February 25, 2014, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is denied, and Defendant's Motion to Affirm that decision is granted.

It is so ordered.

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 5/7/14